IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FORREST RAYMOND KIMERER,

    Petitioner,               No. 2:09-cv-1839 GEB KJN P

    vs.

KEN CLARK,

    Respondent.           ORDER

_____/

        Petitioner, is a state prisoner proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 28, 2010, respondent filed a motion to dismiss the petition as untimely. More than thirty days have passed since the motion to dismiss was filed and plaintiff has failed to file an opposition. Plaintiff will be granted 14 days from the date of service of this order to file an opposition. Failure to file an opposition will result in a recommendation that this action be dismissed.

        In accordance with the above, IT IS HEREBY ORDERED that petitioner file an

////

////

////

////

1

1  opposition to respondent's motion to dismiss within 14 days of the date of service of this order.

2  Failure to file an opposition will result in a recommendation that this action be dismissed.

3  DATED: April 8, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kime1839.ord